**Noble olmec moore: EL, Moorish American Nation**
Registered owner of OC SORRELS ®D/b/a OC SORRELLS©™
Shaykamaxum, Turtle Island (North America)
Non-domestic, Without the United States Incorporated

**TREATY OF PEACE AND FRIENDSHIP 1787**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**OC SORRELLS**

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- Against -**

**RONALD L. HAVENER Jr.**

**TIM FOX**

**PUBLIC STORAGE INCOPORATED.**

**JOHN G. STUMPF**

**BRITTANY GANT**

**WELLS FARGO BANK**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AFFIVIDAVIT**

**AMENDED**

**COMPLAINT**

Jury Trial: Yes [No]

(check one)

15cv 5274

FILED
NOV 03 2015
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional Plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name: OC SORRELLS (Nobel Olmec Moore EL, Beneficial owner)

Street Address: **Mailing Location: Care of Fifty seven forty eight Filbert Street**

County, City: Philadelphia

State & Zip Code: Pennsylvania near [19139]

Telephone Number: 215-820-1657

**Noble olmec moore: EL, Moorish American Nation:**
Registered owner of OC SORRELS ®D/b/a OC SORRELLS©™
Shaykamaxum, Turtle Island (North America)
Non-domestic, Without the United States Incorporated

TREATY OF PEACE AND FRIENDSHIP 1787

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name PUBLIC STORAGE INCORPORATED
Street Address P.O. BOX 25050
County, City Glendale,
State & Zip Code CALIFORNIA 91221-5050

Defendant No. 2
Name RONALD L. HAVENER Jr, Public Storage CEO
Street Address P.O. BOX 25050
County, City Glendale,
State & Zip Code CALIFORNIA 91221-5050

Defendant No. 3
Name TIM FOX, Public Storage manager
Street Address 6330 MARKET STREET
County, City DELAWARE. UPPER DARBY
State & Zip Code PENNSYLVANIA, 19082

Defendant No. 4
Name BRITTANY GANT, Wells Fargo branch manager
Street Address 18 Garrett Rd
County, City DELAWARE. UPPER DARBY
State & Zip Code PENNSYLVANIA 19082

Defendant No. 5
Name WELLS FARGO BANK
Street Address 420 Montgomery Street
County, City San Francisco
State & Zip Code CALIFORNIA 94104

Defendant No. 6
Name JOHN G. STUMPF, WELLS FARGO CEO
Street Address 420 Montgomery Street
County, City San Francisco
State & Zip Code CALIFORNIA 94104

**Noble olmec moore: EL, Moorish American Nation**
Registered owner of OC SORRELS ®D/b/a OC SORRELLS©™
Shaykamaxum, Turtle Island (North America)
Non-domestic, Without the United States Incorporated

TREATY OF PEACE AND FRIENDSHIP 1787

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

**X** Federal Questions X Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

1. UCC 3-310 Effect of instrument on obligation for which taken.
2. UCC 3-603 b tender of payment
3. 31 U.S.C. § 3302 Custodian of money
4. PUBLIC LAW 97-258-SEPT. 13, 1982 96 STAT. 1074 Federal Reserve notes not legal tender
5. UCC 1-308[old 1-207], **All rights reserved,**
6. UCC 1-103.6 this action must be construed with common law

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **Moorish American National, Shaykamaxum, Turtle Island (North America)**

Defendant(s) state(s) of citizenship **UNITED STATES CITIZEN**

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 6330 MARKET STREET UPPER DARBY, PA

B. What date and approximate time did the events giving rise to your claim(s) occur? 07/2015

**Noble olmec moore: EL, Moorish American Nation**
Registered owner of OC SORRELS ®D/b/a OC SORRELS©™
Shaykamaxum, Turtle Island (North America)
Non-domestic, Without the United States Incorporated

TREATY OF PEACE AND FRIENDSHIP 1787

| What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened ? |
|---|---|---|---|

C. Facts: Public Storage received a certified cashier's check by USPO in Upper Darby PA received and subsequently deposited the negotiable instrument with Wells Fargo bank. After several days defendant told Plaintiff that Well Fargo had dishonored the cashier's check. After an inquiry into the matter with Wells Fargo, Plaintiff was told by Ms Brittany Gant, Branch manager at wells Fargo bank, that the processing instructions for the cashier's check was Not attached. Plaintiff contacted Mr. Tim Fox, area manager and informed him that someone from his office detached the instructions from the draft. Plaintiff offered to settle the matter by issuing another cashier's check for the alleged debt owed. Mr. Fox refused to accept the cashier's check. Public Storage being US Person is requiring Federal Reserve notes for payment of debt. On the day of the auction the Upper Darby Police was called by the Plaintiff and utilize as witness for verifying the rejection of the 2nd cashier's check.

Laws supporting Plaintiff and this complaint are: UCC § 3-310, UCC § 3-411, UCC § 3-603, 31 U.S. Code § 3302, UCC § 1-308, UCC §1-103.6

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to a breach of contract, I have suffered injury in being denied access to my property without just cause because of someone's ignorance of the law. (1)The Plaintiff has been denied access to his electrical tools which handicaps him in performing his work. (2)The Plaintiff is denied access to his food which utilizes the storage facility for. (3) The Plaintiff is denied access to his winter clothing in which he uses the facility. The mental stress and anxiety of having to stop illegal auction of my property several times even after the intervention of the court with an injunction and the denial of access to my private property has only exacerbates my already depressive state.

**Noble olmec moore: EL, Moorish American Nationa**
Registered owner of OC SORRELS ®D/b/a OC SORRELLS©™
Shaykamaxum, Turtle Island (North America)
Non-domestic, Without the United States Incorporated

TREATY OF PEACE AND FRIENDSHIP 1787

V. **Relief**:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintiff is seeking damages in the amount $250,000.00.

The basis for the stated compensation is that the law of negotiable instruments has been in effect for more than seventy (70) years. Public Law 48 stat 113 has been repealed for more than thirty (30) years. The defendants failed to follow the stipulated instructions pertaining to the draft. Furthermore Public Storage accepted the draft without recourse. The following individuals are U.S. Persons and subject to commercial law and the penalties thereof. The combine actions of the defendants have injured a Private Citizen. N. Olmec Moore El is a Free White Person and the Real Party in Interest.

| | |
|---|---|
| 1. Wells Fargo Bank: Ultimately the company is liable for the actions of its employees. | $100,000.00 |
| 2. Public Storage: Ultimately the company is liable for the actions of its employees. | $ 80,000.00 |
| 3. John G. Stumpf UCC § 3-31, UCC 3-603, 31 USC 3302, 12USC 411, UCC 3-104(f) | $ 25,000.00 |
| 4. Brittany Gant: UCC § 3-311, UCC 3-603 | $ 5,000.00 |
| 5. Ronald L. Havener Jr - UCC § 3-311 UCC 3-603, 31 USC 3302, 12USC 411, UCC 3-104(f) | $ 25,000.00 |
| 6. Tim Fox- UCC § 3-311, UCC3-603 | $ 15,000.00 |
| Total: | $250,000.00 |

Breakdown and Distribution of Award

| | |
|---|---|
| 1. INTERNAL REVENUE SERVICE | $125,000.00 |
| 2. UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA | $115,000.00 |
| 3. Noble. Olmec Moore El | $ 10,000.00 |
| Total: | $250,000.00 |

**I declare under penalty of perjury that the foregoing is true and correct.**

***Signed this*** 03 ***day of*** November, ***2015,***

Signature of Plaintiff BY: N. Anu Moor El

Real Party in Interest& Registered owner

Mailing Address: Care of Fifty seven forty eight Filbert Street

Philadelphia County

Pennsylvania Republic near [19139]

Non domestic without United States Incorporated

Telephone Number 215-820- 1657 ______________________.

Fax Number *(if you have one)* ____________________________

E-mail Address ___ocsorrells@gmail.com ________________.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ______________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ____________________________________

Inmate Number ____________________________________